Greg S. Como (013187) como@lbbslaw.com
Allison R. Edwards (028080) aedwards@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Salt River Project Agricultural Improvement and Power District, a political subdivision of the State of Arizona, <br><br> Plaintiff, <br><br> vs. <br><br> ACE American Insurance Company, <br><br> Defendant. | No. 12-cv- <br><br> **NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1441 and 1446, ACE American Insurance Company, hereby gives notice that it is removing this action from Maricopa County Superior Court to the United States District Court for the District of Arizona, for the following reasons:

**A.   This Court Has Diversity Jurisdiction Pursuant to 28 U.S.C. § 1332.**

   **1.   There is complete diversity among the parties.**

There is complete diversity among the parties. Plaintiff Salt River Project is an agricultural improvement district organized and existing under Arizona law, with its principal place of business in Maricopa County, Arizona. Complaint, ¶ 1.

ACE American Insurance Company ("ACE") is a Pennsylvania corporation with its

4852-1490-2030.1

principal place of business in Pennsylvania.

Therefore, the plaintiff and defendant are citizens of different states and complete diversity exists between them.

**2.     The Amount in Controversy Exceeds $75,000.**

This lawsuit involves an insurance coverage dispute between the parties. Plaintiff seeks damages in excess of $75,000. Specifically, plaintiff seeks to recover $75,000 it paid to settle a lawsuit, and more than $140,000 in defense costs it incurred in the same lawsuit. Although ACE disputes plaintiff's claims, the amount in controversy exceeds $75,000.

**B.     This Notice of Removal is Timely.**

Plaintiffs served ACE through the Arizona Department of Insurance on February 2, 2012. The 30-day deadline for removal is March 2, 2012.

**C.     Consent.**

ACE is the only defendant. There are no other parties that require consent to the removal.

**D.     Attached Copies.**

ACE has attached copies of all of the pleadings filed in Superior Court. See Exhibit 1.

**E.     Concurrent Filing.**

ACE has concurrently filed a copy of this notice with the Superior Court of Arizona, Maricopa County.



**F.** **Service.**

ACE has served upon plaintiff a copy of this notice.

RESPECTFULLY SUBMITTED March 2, 2012.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By /s/ Greg S. Como
Greg S. Como
Allison R. Edwards
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

This is to certify that I have served Plaintiffs with a true and correct copy of the within and foregoing **NOTICE OF REMOVAL** on March 2, 2012, by depositing a true and correct copy of same in the United States Mail with adequate First Class postage affixed thereon, addressed as follows:

M. Byron Lewis, Esq. (mbl@swlplc.com)
Stephen E. Crofton, Esq. (sec@slwplc.com)
Salmon, Lewis & Weldon, P.L.C.
2850 East Camelback Road, Suite 200
Phoenix, Arizona  85016
Attorneys for Plaintiff

/s/ Kathleen Biondolillo

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1



4852-1490-2030.1

4