1  M. Byron Lewis, 002047 (mbl@slwplc.com)
   Stephen E. Crofton, 007370 (sec@slwplc.com)
2  **SALMON, LEWIS & WELDON, P.L.C.**
   2850 East Camelback Road, Suite 200
3  Phoenix, Arizona  85016
   (602) 801-9060
4
   Attorneys for Plaintiff
5

6                    UNITED STATES DISTRICT COURT

7                         DISTRICT OF ARIZONA

8  SALT RIVER PROJECT
   AGRICULTURAL IMPROVEMENT          No. CV 12-00443-PHX-HRH
9  AND POWER DISTRICT, a political
   subdivision of the State of Arizona,   **NOTICE OF SETTLEMENT**
10
              Plaintiff,
11
      vs.
12
   ACE AMERICAN INSURANCE
13 COMPANY,

14            Defendant.

15

16         Plaintiff, Salt River Project Agricultural Improvement and Power District, and

17 Defendant, ACE American Insurance Company, have reached a settlement in principle that

18 includes submitting a stipulation and proposed order for the case to be dismissed with

19 prejudice, each party to bear its own attorneys' fees and costs.  The parties are completing the

20 documentation of their settlement and anticipate that the aforementioned stipulation and

21 proposed order will be submitted to the court on or before August 6, 2012.

22         Respectfully submitted this 24th day of July, 2012.

23                                 Salmon, Lewis & Weldon, P.L.C.

24
                                   By     /s/ Stephen E. Crofton
25                                      M. Byron Lewis
                                        Stephen E. Crofton
26                                      2850 East Camelback Road, Suite 200
                                        Phoenix, Arizona  85016
27                                      Attorneys for Plaintiff

| | |
|---|---|
| 1 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 2 | |
| 3 | By  /s/ Greg S. Como with permission |
| 4 | Greg S. Como<br>Allison R. Edwards<br>Phoenix Plaza Tower 11 |
| 5 | 2929 North Central A venue, Suite 1700<br>Phoenix, Arizona  85012-2761 |
| 6 | Attorneys for Defendant |

7  I hereby certify that on July 24, 2012,
   I electronically transmitted this document
8  to the Clerk's Office using the CM/ECF System
   for filing.

9

10   /s/ Stephen E. Crofton

Salmon, Lewis & Weldon, P.L.C.
2850 E. Camelback Road, Suite 200
Phoenix, Arizona 85016