Greg S. Como (013187) como@lbbslaw.com
Allison R. Edwards (028080) aedwards@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Salt River Project Agricultural Improvement and Power District, a political subdivision of the State of Arizona, <br><br> Plaintiff, <br><br> vs. <br><br> ACE American Insurance Company, <br><br> Defendant. | No. 12-cv-00443-HRH <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Salt River Project Agricultural Improvement and Power District (SRP) and Defendant ACE American Insurance Company (ACE) hereby stipulate to dismiss with prejudice all of plaintiff's claims, with each party to bear its own attorneys' fees and costs.

RESPECTFULLY SUBMITTED August 9, 2012.

**SALMON, LEWIS & WELDON, P.L.C.**

By /s/ M. Byron Lewis
    M. Byron Lewis
    Stephen E. Crofton
Attorneys for Plaintiff

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By /s/ Greg S. Como
    Greg S. Como
    Allison R. Edwards
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2012, I electronically transmitted the foregoing document to the Clerk's office using the Court's CM/ECF System and thereby served all counsel of record in this matter.

/s/ Kathleen Biondolillo

4822-6954-7024.1