IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

```
SALT RIVER PROJECT AGRICULTURAL    )
IMPROVEMENT AND POWER DISTRICT,    )
a political subdivision of the     )
State of Arizona,                  )
                                   )
                    Plaintiff,     )
                                   )
     vs.                           )
                                   )
ACE AMERICAN INSURANCE CO.,        )
                                   )    No. 2:12-cv-0443-HRH
                    Defendant.     )
_____)
```

O R D E R

Case Dismissed

The stipulation of the parties[1] having been presented to the court and good cause appearing therefor,

It is ordered, dismissing this matter with prejudice, each party to bear their own fees and costs.

DATED at Anchorage, Alaska, this 22nd day of August, 2012.

/s/ H. Russel Holland
United States District Judge

---

[1]Docket No. 20.

- 1 -